| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | ERIN A. CORNELL (CABN 227135)<br>Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7124
FAX: (415) 436-6748
Erin.Cornell@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 17-00533 EMC |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER<br>) CONTINUING HEARING DATE FOR |
| v. | ) DEFENDANT DAMIEN CESENA'S MOTION TO<br>) COMPEL DISCOVERY, AND ASSOCIATED |
| JONATHAN JOSEPH NELSON, et al, | ) BRIEFING DATES |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the United States and defendant Damien Cesena, that Cesena's Motion to Compel Discovery, currently set for hearing on December 13, 2017, be continued to January 10, 2018 at 2:30 p.m. The parties further stipulate to continue the deadline for the United States to respond to December 20, 2017; and the deadline for Cesena to file a reply brief to December 27, 2017.

STIPULATED, AGREED, AND RESPECTFULLY REQUESTED:

Dated: December 3, 2017                           LAW OFFICES OF ERICK L. GUZMAN


                                                  _____/s/_____
                                                  ERICK L. GUZMAN
                                                  Attorney for Defendant, Damien Cesena

STIP AND [PROPOSED] ORDER
CR 17-00533 EMC

| 1 | Date:  December 4, 2017 | BRIAN J. STRETCH |
|---|---|---|
| | | United States Attorney |

_____/s/_____
ERIN A. CORNELL
Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

Date:  December 4, 2017                BRIAN J. STRETCH
                                       United States Attorney

_____/s/_____
ERIN A. CORNELL
Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties, the Court hereby ORDERS that defendant Damien Cesena's Motion to Compel Discovery is continued to January ~~3~~ 10, 2018 at 2:30 p.m.  The United States shall have until December 20, 2017 to respond to the motion; defendant shall have until December 27, 2017 to file a reply.

IT IS SO ORDERED.

Date:       12/8/17

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

HON. _____
UNITED STATES DISTRICT JUDGE

STIP AND [PROPOSED] ORDER
CR 17-00533 EMC