1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ERIN A. CORNELL (CABN 227135)
   Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7124
7      FAX: (415) 436-6748
       Erin.Cornell@usdoj.gov

8  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 17-00533 EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR DEFENDANT DAMIEN CESENA'S MOTION TO COMPEL DISCOVERY, AND ASSOCIATED BRIEFING DATES |
| v. | |
| JONATHAN JOSEPH NELSON, et al, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the United States and defendant Damien Cesena, that Cesena's Motion to Compel Discovery, currently set for hearing on January 10, 2018, be continued to January 31, 2018 at 2:30 p.m. The parties further stipulate to continue the deadline for the United States to respond to January 17, 2018; and the deadline for Cesena to file a reply brief to January 24, 2018.

STIPULATED, AGREED, AND RESPECTFULLY REQUESTED:

Dated: December 20, 2017            LAW OFFICES OF ERICK L. GUZMAN


                                    _____/s/_____
                                    ERICK L. GUZMAN
                                    Attorney for Defendant, Damien Cesena

STIP AND [PROPOSED] ORDER
CR 17-00533 EMC

| | | |
|---|---|---|
| 1 | Date: December 20, 2017 | BRIAN J. STRETCH<br>United States Attorney |
| 2 | | |
| 3 | | ____/s/_____<br>ERIN A. CORNELL |
| 4 | | Assistant United States Attorney |

5  I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all

6  signatures within this e-filed document.

7  Date: December 20, 2017                BRIAN J. STRETCH
                                          United States Attorney
8

9                                         ____/s/_____
                                          ERIN A. CORNELL
10                                        Assistant United States Attorney

11

12

### ORDER

Pursuant to the stipulation of the parties, the Court hereby ORDERS that defendant Damien Cesena's Motion to Compel Discovery is continued to January 31, 2018 at 2:30 p.m. The United States shall have until January 17, 2018 to respond to the motion; defendant shall have until January 24, 2018 to file a reply.

IT IS SO ORDERED.

Date:        12/21/17

_____
HON. ____
UNITED ____ ____ ____ DGE

[Stamp: IT IS SO ORDERED / Judge Edward M. Chen / UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA]

STIP AND [PROPOSED] ORDER
CR 17-00533 EMC