**BRIAN P. BERSON, ESQ.**
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-1506

Counsel for Defendant **JASON CLIFF**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-17-533 EMC |
| Plaintiff, | ) **STIPULATION TO MODIFY BAIL CONDITIONS TO ALLOW FUNERAL ATTENDANCE** |
| vs. | ) |
| JASON CLIFF, et al. | ) |
| Defendants. | ) |

**STIPULATION**

On April 8, 2018 Jason Cliff died in a traffic accident. His counsel has been informed that funeral services will be held at the Lafferty and Smith funeral home, 4321 Sonoma Highway, Santa Rosa, CA. These services will include a viewing on April 20, 2018 from 5:00 to 8:00 p.m. and a service on April 21 at 10:00 a.m. On behalf of all out-of-custody defendants (Jonathan Nelson, Russell Lyles, Jr., Damien Cesena, Brian Burke, and David Diaz), below counsel has asked that their bail conditions be temporarily

1

modified to suspend the non-association conditions in order to allow attendance at either or both events, provided all details are approved by the respective defendants' Pretrial Services (PTS) officers in advance. Neither government counsel nor PTS opposes this request.

So stipulated,

Date: April 11, 2018   /S/-Brian Berson
                       BRIAN P. BERSON
                       Attorney for Jason Cliff

Date: April 11, 2018   /S/-Erin Cornell
                       Erin Cornell
                       Assistant United States Attorney

### [~~PROPOSED~~] ORDER

For the reasons stated above, the bail conditions of all out-of-custody co-defendants of Mr. Cliff (Jonathan Nelson, Russell Lyles, Jr., Damien Cesena, Brian Burke and David Diaz) are temporarily modified as follows: the out-of-custody defendants will be permitted to attend the viewing on April 20, 2018 from 5:00 to 8:00 p.m. and the service on April 21, 2018 at 10:00 a.m. All out-of-custody defendants must return to their respective residences by 5 p.m. on April 21, 2018. As noted, each out-of-custody defendant must obtain permission from his PTS officer before attending either funeral service. All other conditions of

2

release not inconsistent with this order shall remain in full force and effect.

So ordered.

Dated: April 13, 2018

_____
THE HONORABLE SALLIE KIM
United States Magistrate Judge