ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ERIN A. CORNELL (CABN 227135)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7124
    FAX: (415) 436-6748
    Erin.Cornell@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 17-00533 EMC |
| Plaintiff, | [~~PROPOSED~~] OPRDER DENYING DEFENDANT DAMIEN CESENA'S APPLICATION TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| DAMIEN CESENA, | |
| Defendant. | |

On May 7, 2018, the parties appeared before the Court to address defendant Damien Cesena's application to temporarily modify the terms of his pretrial release to allow him to travel to Disneyland in Anaheim, California, from June 1, 2018 to June 9, 2018 (ECF No. 256). The government opposed this request.

For the reasons stated on the record, defendant Cesena's request is DENIED.

Dated: May 10, 2018

                                                */s/ Sallie Kim*
                                             HON. SALLIE KIM
                                             United States Magistrate Judge