LAW OFFICE OF
ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant
Damien Cesena

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NELSON, *et al.*,<br><br>　　　　Defendants. | CASE NO. CR-17-0533-8-EMC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER |

Earlier this week, Amanda (Lyles) Skikos, the sister of defendant Russell Lyles, Jr. tragically died. Services -- including a viewing on Friday, June 29, 2018 and memorial and celebration of life on Saturday, June 30, 2018 -- will be held for her. Ms. Lyles was a *de facto* little sister to Jonathan Nelson and a friend of several other out-of-custody defendants for many years. Unless modified, existing restrictions on contact between the defendants would prevent them from attending the services for Ms. Skikos.

For good cause, therefore, the parties stipulate that the conditions of release of defendants Jonathan Nelson, Russell Ott, Damian Cesena, Brian Burke and David Diaz will be temporarily modified to permit them to attend the services for Ms. Skikos and have contact with defendant Lyles and each other while they are at those services. Before attending the services, each

defendant will contact their pre-trial services officer and confirm that they intend to attend the services.

The viewing will be held at Lafferty and Smith Colonial Chapel (4321 Sonoma Hwy, Santa Rosa Ca, 95409) on Friday, June 29, 2018 from 5:00 P.M. to 8:00 P.M.  The funeral will be held at Lafferty and Smith Colonial Chapel on Saturday, June 30, 2018 at 11:00 A.M. with the Celebration of Life to follow directly afterwards at Sky Lounge (2200 Airport Blvd. Santa Rosa Ca, 95403).

DATED: June 27, 2018　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　By

　　　　　　　　　　　　　　　　　　/s/ Erin Cornell
DATED: June 27, 2018　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　/s/ *Robert Wagganer*
　　　　　　　　　　　　　　　　　　Attorney for Russell Ott

　　　　　　　　　　　　　　　　　　/s/ James Thomson
　　　　　　　　　　　　　　　　　　James Thomson
　　　　　　　　　　　　　　　　　　Attorney for David Diaz

　　　　　　　　　　　　　　　　　　/s/ *Jai Gohel*
　　　　　　　　　　　　　　　　　　Jai Gohel
　　　　　　　　　　　　　　　　　　Attorney for Jonathon Nelson

　　　　　　　　　　　　　　　　　　/s/ *Erik Babcock*
　　　　　　　　　　　　　　　　　　Attorney for Brian Burke

　　　　　　　　　　　　　　　　　　/s/ *Erick Guzman*
　　　　　　　　　　　　　　　　　　Attorney for Damien Cesena

**[~~PROPOSED~~ ORDER]**

For the reasons stated above, the bail conditions of all out-of-custody defendants (Jonathan Nelson, Russell Lyles Jr., Damien Cesena, Brian Burke, David Diaz and Russell Ott) are temporarily modified as follows: the out-of-custody defendants will be permitted to attend the viewing on June 29, 2018 from 5:00 p.m. to 8:00 p.m., the service on June 30, 2018 at 11:00 a.m., and the Celebration of Life on June 30, 2018, directly after the service. All out-of-custody defendants must return to their respective residences by 9 p.m. on June 30, 2018. As noted, each out-of-custody defendant must obtain permission from his Pretrial Services Officer before attending either funeral services and/or the Celebration of Life. All other conditions of release not inconsistent with this order shall remain in full force and effect. The Defendants may not discuss their criminal cases or any matters relating to their criminal cases.

**IT IS SO ORDERED.**

Dated: June 28, 2018

*Sallie Kim*

HON. SALLIE KIM
United States Magistrate Judge