LAW OFFICE OF
ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant
Damien Cesena

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>NELSON, *et al.*,<br><br>  Defendants. | CASE NO. CR-17-0533-8-EMC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TEMPORARILY MODIFYING CONDITIONS OF PRETRIAL RELEASE |

The terms of Mr. Cesena's pre-trial release currently require him, among other things, to A) stay within the Northern District of California, and B) to participate in the electronic monitoring program. However, last night (July 5, 2018), Mr. Cesena's paternal grandparents both tragically died in their home due to a house fire. Mr. Cesena's grandparents lived in Grants Pass, Oregon. Mr. Cesena is one of the three executors of his grandparents' estate. Mr. Cesena wishes to leave the Northern District this Sunday, July 8, 2018, to travel to Grants Pass, Oregon to make all the necessary arrangements for his late grandparents. If permitted, Mr. Cesena will return to the Northern District of California on Friday, July 13, 2018.

Mr. Cesena has already provided pre-trial services details of his desired travel, *i.e.*, destination, hotel reservations, *etc.,* and he will continue to provide all travel information requested by pre-trial services.

Based on the above, the parties request that the Mr. Cesena's conditions of pre-trial release be temporarily modified to allow him to travel outside of the Northern District of California to Grants Pass, Oregon from July 8, 2018 to July 13, 2018.

DATED: July 6, 2018             Respectfully submitted,


                                By

                                _____
                                Erick L. Guzman
                                Attorney for Damien Cesena

DATED: July 6, 2018             /s/
                                _____
                                Erin A. Cornell
                                Assistant United States Attorney

**[~~PROPOSED~~ ORDER]**

At the direction of pre-trial services, Mr. Cesena's pre-trial release conditions will be modified to allow him to travel outside of the Northern District of California to Grants Pass, Oregon from July 8, 2018 to July 13, 2018, pursuant to and consistent with the travel and itinerary information and details provided to pre-trial services and counsel for the United States. As of July 13, 2018, the curfew condition and electronic monitoring conditions will resume. Otherwise, all other terms and conditions of Mr. Cesena's pre-trial release remain in effect.

**IT IS SO ORDERED.**

Dated: July 6, 2018

*/s/ Sallie Kim*

HON. SALLIE KIM
United States Magistrate Judge