LAW OFFICE OF
ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant
Damien Cesena

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NELSON, *et al.*,<br><br>　　　　Defendants. | CASE NO. CR-17-0533-8-EMC<br><br>STIPULATION AND [P~~ROPOSE~~D] ORDER WAIVING DEFENDANT'S PRESENCE |

　　　　On the night of July 5, 2018, Mr. Cesena's paternal grandparents both tragically died in their home due to a house fire. Mr. Cesena's grandparents lived in Grants Pass, Oregon. Mr. Cesena is one of the three executors of his grandparents' estate. Mr. Cesena has traveled to Grants Pass, Oregon to make all the necessary arrangements for his deceased grandparents.

　　　　The parties have agreed that Mr. Cesena's presence be waived for the July 10, 2018 hearing.

| | | |
|---|---|---|
| DATED: July 9, 2018 | Respectfully submitted, | |
| | By | |
| | Erick L. Guzman Attorney for Damien Cesena | |
| DATED: July 9, 2018 | /s/ Erin A. Cornell Assistant United States Attorney | |

**[PROPOSED ORDER]**

Mr. Cesena's presence will be waived for the July 10, 2018 hearing.

Dated: 7/9/2018



IT IS SO ORDERED.