LAW OFFICE OF
ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant
Damien Cesena

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NELSON, *et al.*,<br><br>    Defendants. | CASE NO. CR-17-0533-8-EMC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TEMPORARILY MODIFYING CONDITIONS OF PRE-TRIAL RELEASE |

The terms of Mr. Cesena's pre-trial release currently require him to return to his residence every night by 9:00 P.M.  Mr. Cesena wishes to attend a business seminar at a conference center near his house from October 26 through October 28, 2018.  The first day of the seminar is a Friday which begins at 5:30 and ends at 12:00 (midnight).  The other two days end earlier, and would not require a modification of his terms of release.  Accordingly, Mr. Cesena requests to have his conditions of release modified for one day---October 26, 2018—and have his curfew extended from 9:00 P.M. to 12:30 A.M. so that he can attend this seminar.

Mr. Cesena has provided pre-trial services and the Government with the detailed information about the seminar, and both stated no objection to this temporary modification.

Case No. CR-17-0533-8-EMC

Based on the above, the parties request that Mr. Cesena's conditions of pre-trial release be temporarily modified on October 26, 2018 to extend his curfew to 12:30 A.M. to allow Mr. Cesena to attend the seminar.

DATED: September 6, 2018                Respectfully submitted,


                                        By

                                        _____
                                        Erick L. Guzman
                                        Attorney for Damien Cesena

DATED: September 6, 2018                /s/
                                        _____
                                        Erin A. Cornell
                                        Assistant United States Attorney

**[~~PROPOSED~~ ORDER]**

At the direction of pre-trial services, Mr. Cesena's pre-trial release conditions will be modified on October 26, 2018 to extend his curfew on that night only to 12:30 A.M. to allow Mr. Cesena to attend a business seminar.

**IT IS SO ORDERED.**

Dated: September 11, 2018

*/s/ Sallie Kim*

HON. SALLIE KIM
United States Magistrate Judge