LAW OFFICE OF
ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant
Damien Cesena

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-17-0533-8-EMC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TEMPORARILY MODIFYING CONDITIONS OF SUPERVISED RELEASE |
| v. | |
| NELSON, *et al.*, | |
| Defendants. | |

The terms of Mr. Cesena's pre-trial release currently prevent him from traveling to the eastern district of California. However, Mr. Cesena owns roofing and gutter company, and is a licensed roofer and sheet metal contractor. Recently, the state Contractor State Licensing Board (the governmental body that handles the licensing of roofers and other such professionals) scheduled a mandatory in-person interview of Mr. Cesena regarding a prior real estate project. The interview is scheduled for November 30, 2018 to 1:00 P.M. The address is of the Licensing Board is 9821 Business Park Dr. Sacramento, California 95827.

The pre-trial officer assigned to this case—Kenneth Gibson—does not oppose this temporary modification. The Government does not oppose this temporary modification.

DATED: November 21, 2018        Respectfully submitted,


                                By

                                _____
                                Erick L. Guzman
                                Attorney for Damien Cesena

DATED: November 21, 2018        /s/ _____
                                Meredith B. Osborn
                                Assistant United States Attorney

# [~~PROPOSED~~ ORDER]

At the direction of pre-trial services, Mr. Cesena's pre-trial release conditions will be temporarily modified on November 30, 2018 to allow Mr. Cesena to travel to the Eastern District of California to attend an interview at the California State Licensing Board from 11:00 A.M. to 1:00 P.M.

It is further ordered that Mr. Cesena will returned to the Northern District immediately after the completion of the interview.

**IT IS SO ORDERED.**

Dated: November 26, 2018

_____
HON. SALLIE KIM
United States Magistrate Judge