LAW OFFICE OF
ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant
Damien Cesena

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NELSON, *et al.*,<br><br>    Defendants. | CASE NO. CR-17-0533-8-EMC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TEMPORARILY MODIFYING CONDITIONS OF SUPERVISED RELEASE |

    The terms of Mr. Cesena's pre-trial release currently require him to return to his residence every night by 9:00 P.M. Mr. Cesena wishes to attend his son's twelfth birthday party that is going to be held at a campground from March 8, 2019 until the morning of March 10, 2019. Accordingly, Mr. Cesena respectfully requests his conditions of release be modified to allow him to stay at the campground until the morning of Sunday, March 10, 2019.

    Mr. Cesena has provided both pre-trial services and the Government with the specifics and documentation regarding the party.

    The pre-trial officer assigned to this case does not object. The Government does not object to this request.

Case No. CR-17-0533-8-EMC

Based on the above, the parties request that the Mr. Cesena's conditions of pre-trial release be temporarily modified such that he be allowed to attend his son's birthday party, and stay at that campground from Friday March 8, 2019 until the morning of March 10, 2019.

DATED: February 19, 2019             Respectfully submitted,


By _____

Erick L. Guzman
Attorney for Damien Cesena

DATED: February 19, 2019             /s/ _____
Kevin Barry
Assistant United States Attorney

**[~~PROPOSED~~ ORDER]**

Mr. Cesena's pre-trial release conditions will be modified to temporarily suspend his curfew condition from March 8, 2019 until the morning of March 10, 2019 so that he be allowed to attend his son's birthday party.

**IT IS SO ORDERED.**

Dated: February 26, 2019

*/s/ Sallie Kim*

HON. SALLIE KIM
United States Magistrate Judge