1  LAW OFFICE OF
   ERICK L. GUZMAN
2  Cal. Bar No. 244391
   740 4th St.
3  Santa Rosa, California, 95404
   T: 707.595.4474; F: 707.540.6298
4  E: elg@guzmanlaw.org

5
   Attorney for Defendant
6  Damien Cesena

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     **SAN FRANCISCO DIVISION**

11 UNITED STATES OF AMERICA,              CASE NO. CR-17-0533-8-EMC

12        Plaintiff,                      STIPULATION AND [~~PROPOSED~~] ORDER
                                          MODIFYING CONDITIONS OF PRETRIAL
13     v.                                 RELEASE

14 NELSON, *et al.*,

15        Defendants.

16

17        Mr. Cesena has been on pre-trial release since December of 2017—fifteen months.

18 In that time, Mr. Cesena has had zero violations.  As part of his release, Mr. Cesena has been

19 subject to a curfew with electronic monitoring, and weekly drug testing.  All of Mr.

20 Cesena's drug tests have been clean, and he has never violated his curfew.  Mr. Cesena's

21 pre-trial services officer—Mr. Joshua Libby—has indicated that his office usually removes

22 the electronic monitoring condition after a year (if not sooner), assuming the defendant has

23 no violation of his conditions of supervised release.  Pre-Trial Services Officer also

24 indicated that his office typically modifies the drug-testing condition if a defendant has a

25 lengthy history of clean tests.

26

27

28
                                                   Case No. CR-17-0533-8-EMC

1    Pre-Trial Services Officer Libby informed defense counsel that he in agreement with

2  removing the release conditions of curfew and electronic monitoring.  He is also in

3  agreement with modifying the drug-testing condition from weekly to random testing at the

4  direction of pre-trial services.

5    Mr. Cesena contacted the Government, and they do not oppose this request as long

6  as Mr. Cesena is subject to random drug-testing at the direction of pre-trial services.

7

8

9  DATED: March 15, 2019                   Respectfully submitted,

10

11

12                                         By

13

14                                         _____
                                           Erick L. Guzman
15                                         Attorney for Damien Cesena

16  DATED: March 15, 2019                  /s/ _____
                                           Kevin Barry
17                                         Assistant United States Attorney

18

19

20

21

22

23

24

25

26

27

28

1

2                                    [~~PROPOSED~~ ORDER]

3

4          Mr. Cesena's pre-trial release conditions are modified as follows: the conditions of

5   curfew and electronic monitoring will be removed.   The drug-testing condition will be

6   modified from weekly to random testing at the direction of pre-trial services.

7

8                                              **IT IS SO ORDERED.**

9   Dated: March 18, 2019

10

11                                              HON. SALLIE KIM
                                                United States Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28