LAW OFFICE OF
ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant
Damien Cesena

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-17-0533-8-EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TEMPORARILY MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| NELSON, *et al.*, | |
| Defendants. | |

     Mr. Cesena's conditions of pre-trial release limit his travel to the Northern District of California.  However, this weekend, his son is playing in a basketball tournament in Sacramento, and he wishes to attend.

     Mr. Cesena has provided Pre-Trial Services Officer Libby with the specifics of this tournament, and he has no objection to this request.

     The Government does not object to this request.

     Based on the above, the parties request that the Mr. Cesena's conditions of pre-trial release be temporarily modified such that, at the direction of pre-trial services, he be allowed to travel to the Eastern District of California to attend his son's basketball tournament in

Sacramento, California.  If permitted, Mr. Cesena will leave for Sacramento with his son on Friday, April 12, 2019 after work, and return Sunday after the tournament ends.

DATED: April 9, 2019                    Respectfully submitted,


By


_____
Erick L. Guzman
Attorney for Damien Cesena

DATED: April 9, 2019                    /s/
_____
Kevin Barry
Assistant United States Attorney

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[~~PROPOSED~~ ORDER]**

Mr. Cesena's pre-trial release conditions will be modified to temporarily allow him to travel to the Eastern District of California from April 12, 2019 to April 14, 2019, at the direction of pre-trial services.

**IT IS SO ORDERED.**

Dated: April 11, 2019

HON. SALLIE KIM
United States Magistrate Judge