LAW OFFICE OF
ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant
Damien Cesena

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-17-0533-8-EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRE-TRIAL RELEASE |
| v. | |
| NELSON, *et al.*, | |
| Defendants. | |

Mr. Cesena's conditions of pre-trial release limit his travel to the Northern District of California. During the roughly eighteen months that Mr. Cesena has been on pre-trial release, he has had reason to travel to the Eastern District (*e.g.* to attend a meeting in Sacramento at the administrative office that licenses roofing contractors; attend one of his son's basketball tournaments; *etc.*).

Counsel for Mr. Cesena has reached out to his pre-trial services officer regarding a more permanent modification that would allow Mr. Cesena to travel to the Eastern District, but only with the permission of, and at the direction of, pre-trial services. The benefit to all parties would be obviating the need to file a formal modification every time a temporary modification was sought.

Case No. CR-17-0533-8-EMC

1  Mr. Cesena's pre-trial officer—Joshua Libby--stated he had no objection to this
2  modification.
3  Counsel for Mr. Cesena reached out to the Government, and the Government does
4  not object to this request.
5  Based on the above, the parties request that the Mr. Cesena's conditions of pre-trial
6  release be temporarily modified such that, at the direction, and with the permission of pre-
7  trial services, he be allowed to travel to the Eastern District of California
8
9  DATED: April 9, 2019           Respectfully submitted,
10
11
12                                 By
13
14                                 _____
                                   Erick L. Guzman
15                                 Attorney for Damien Cesena

16 DATED: April 9, 2019            /s/_____
                                   Kevin Barry
17                                 Assistant United States Attorney

**[PROPOSED ORDER]**

Mr. Cesena's pre-trial release conditions will be modified to allow him to travel to the Eastern District of California only with the permission of, and at the direction of, pre-trial services.

**IT IS SO ORDERED.**

Dated: April 22, 2019

_Sallie Kim_

HON. SALLIE KIM
United States Magistrate Judge