UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>　　　　　Plaintiff,<br>　　v.<br>DAMIEN DAVID CESENA,<br>　　　　　Defendant. | Case No. 17-cr-00533-EMC-8  (SK)<br><br>**ORDER DENYING TRAVEL REQUEST**<br><br>Regarding Docket Nos. 720 |

The request to travel out of District is DENIED.

**IT IS SO ORDERED**.

Dated: July 25, 2019

_____
SALLIE KIM
United States Magistrate Judge