UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** July 31, 2019  **Time:** 12:10 – 12:20 = 10 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 17-cr-00533-EMC-8   **Case Name:** USA v. Damien David Cesena

**Attorney for Government:** Kevin Barry
**Attorney for Defendant:** Erick Guzman
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody  [ ] Not in Custody

| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Ruth Ekhaus |
|---|---|
| **Interpreter:** | **Probation Officer:** |

### PROCEEDINGS

Appeal to Magistrate Judge Decision Re Bail – Held.

### SUMMARY

Magistrate Judge Sallie Kim denied release on 7/25/2019.  Government argued Defendant is charged with a violent crime and needs to be restriction on liberty to protect the public.  Defense counsel stated his client has proven he is not a risk of flight and that he's done very well on pretrial release.  Court conceded there was no enhanced risk of flight if permission were granted.  Pretrial Services did not object.  Court GRANTS defendant's request.  Defense counsel to prepare order of release with Pretrial Services condition as stated on the record (supervisory conditions to be fashioned by Pretrial Services).