1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>NELSON *et. al.*,<br><br>        Defendants. | No. CR 17-CR-0533-8-EMC<br><br><br>[PROPOSED] ORDER TEMPORARILY MODIFYING CONDITIONS OF SUPERVISERED RELEASE |

FOR GOOD CAUSE SHOWN, **IT IS HEREBY ORDERED** that, with the approval of Pre-trial Services, Mr. Cesena be allowed to travel to the Central District of California from August 25, 2019 to September 2, 2019.

**IT IS FURTHER ORDERED** that Mr. Cesena comply with whatever method of monitoring Pre-Trial Services required to maintain contact with Mr. Cesena.  The Court expects Pre-Trial Services to impose some form of monitoring during this trip.

**IT IS FURTHER ORDERED** that Mr. Cesena provide advance notice of his specific travel and lodging arrangements to Pre-Trial Services.

Dated: 8/2/2019

_____

**IT IS SO ORDERED.**

HON. EDWARD M. CHEN
United States District Judge