LAW OFFICE OF
ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant
Damien Cesena

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>NELSON, *et al.*,<br><br>            Defendants. | CASE NO. CR-17-0533-8-EMC<br><br>***AMENDED*** *EX PARTE* APPLICATION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE; MOTION TO WITHDRAW PREVIOUSLY FILED APPLICATION; AND [PROPOSED] ORDER |

Mr. Cesena is requesting a temporary modification of the terms of his supervised release to allow attend a memorial viewing in lieu of the previously-requested funeral.  Mr. Cesena also requests this Court to withdraw his previously filed application to attend the funeral service (ECF No. 819).  This Court recently granted an application filed by Brian Burke to attend that funeral.  *See* ECF No. 817 (Order Granting *as Modified* Application to Attend Funeral). Mr. Cesena respectfully requests this Court to temporarily modify the conditions of Mr. Cesena's release that prohibit him from associating with members of the Hells Angels Motorcycle Club so that he may attend this memorial viewing, subject to the same conditions this Court imposed for Mr. Burke.

Case No. CR-17-0533-8-EMC

1  The viewing will be held at CP Bannon Mortuary on October 12, 2019 at 5:00 P.M.
2  until 8:00 P.M.  Mr. Cesena has been allowed by this Court to attend other memorial
3  services previously, and there have been no issues with Mr. Cesena's behavior during these
4  events.
5  Counsel has not had an opportunity to contact the Government regarding this issue,
6  but assumes the Government opposes this request.  Undersigned counsel has not had an
7  opportunity to contact pre-trial services regarding this request.

By

Erick L. Guzman
Attorney for Damien Cesena

**[~~PROPOSED~~ ORDER]**

IT IS HEREBY ORDERED that Mr. Cesena's pre-trial release conditions are modified as follows: Mr. Cesena will be allowed to attend the memorial viewing of Lee Staskunas at CP Bannon Mortuary located 6800 International Boulevard, Oakland, Ca, 94601 on Friday October 11, 2019 at 5:00 P.M. until 8:00 P.M.

While attending the services, Mr. Cesena **may not speak in any manner other than to say hello and good-bye** with any other members of the Hells Angels Motorcycle Club.

IT IS FURTHER OREDERED that the previous application filed as ECF Entry Number 819 is hereby withdrawn.

**IT IS SO ORDERED.**

Dated: October 11, 2019

*Sallie Kim*

HON. SALLIE KIM
United States Magistrate Judge