LAW OFFICE OF
ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant
Damien Cesena

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-17-0533-8-EMC |
| Plaintiff, | *EX PARTE* APPLICATION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE AND **[PROPOSED]** ORDER AS MODIFIED |
| v. | |
| NELSON, *et al.*, | |
| Defendants. | |

Mr. Cesena's conditions of pre-trial release prohibit him from being in the presence of co-defendants (expect in the presence of counsel). Mr. Cesena is requesting a temporary modification of the terms of his pre-trial release to attend the wedding of his co-defendant Jeremy Greer to Alexis Wright. Mr. Greer obviously is a co-defendant, but is not currently a member of the Hells Angels Motorcycle Club. Mr. Cesena has known Mr. Greer for over ten years. Also, Mr. Cesena's wife has been close friends with Mr. Greer's fiancé (Ms. Wright) for approximately six years.

The wedding is being held at the Healdsburg Golf Club, which is located at 927 S Fitch Mountain Rd, Healdsburg, CA 95448. The ceremony will commence at 3:00 P.M. The reception will be held at the same location, and is scheduled to end at 9:00 P.M.

Case No. CR-17-0533-8-EMC

1  The Government does not agree to this modification.  Pre-trial services is in
2  agreement with Mr. Cesena attending the ceremony, but opposes his attendance at the
3  reception.  Counsel for Mr. Greer has no opposition to this request.
4  It should be stressed that while this Court has previously granted numerous
5  modifications to Mr. Cesena (which were very much appreciated), Mr. Cesena has strictly
6  complied with all of the stipulations of those modifications.  In other words, he has not
7  abused the trust extended by the Court.  Contrarily, he has been on pre-trial release for
8  nearly two years now, and has committed a single violation.

DATED: October 16, 2019            Respectfully submitted,

By

_____
Erick L. Guzman
Attorney for Damien Cesena

## [~~PROPOSED~~ ORDER] AS MODIFIED

Mr. Cesena's pre-trial release conditions are modified as follows: at the direction of, and with the approval of, pre-trial services, Mr. Cesena will be allowed to attend the wedding ceremony ONLY of Jeremy Greer on October 19, 2019 at 3:00 P.M. at the Healdsburg Golf Course in Healdsburg, California.  Mr. Cesena is not permitted to attend the reception.

**IT IS SO ORDERED.**

Dated: October 16, 2019

_____

HON. SALLIE KIM
United States Magistrate Judge