1 | GALIA Z. AMRAM (CA SBN 250551)
  | gamram@mofo.com
2 | RAMSEY W. FISHER (CA SBN 334228)
  | ramseyfisher@mofo.com
3 | MORRISON & FOERSTER LLP
  | 425 Market Street
4 | San Francisco, California 94105-2482
  | Telephone: (415) 268-7000
5 | Facsimile: (415) 268-7522

6 | WHITNEY R. O'BYRNE (CA SBN 325698)
  | wobyrne@mofo.com
7 | MORRISON & FOERSTER LLP
  | 707 Wilshire Blvd.
8 | Los Angeles, California 90017
  | Telephone: (213) 892-5200
9 | Facsimile: (213) 892-5454

10 | Attorneys for Defendant
   | DAMIEN DAVID CESENA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAMIEN DAVID CESENA,<br><br>Defendant. | Case No.   3:17-cr-00533-EMC-8<br><br>**MOTION FOR A MEDICAL EXTENSION OF DAMIEN CESENA'S SURRENDER DATE**<br><br>Date:   June 7, 2023<br>Time:   2:30 p.m.<br>Ctrm:   5 – 17th Floor<br>Judge:  Honorable Edward Chen |

Damien Cesena respectfully requests that the Court postpone his surrender date to June 12, 2024 in order to accommodate a surgery to repair his eye. Mr. Cesena's surrender date is currently June 12, 2023. The surgery is necessary to correct his visual functioning. Declaration of Galia Z. Amram In Support of Motion for a Medical Extension to Mr. Cesena's Surrender Date ("Amram Decl."), at Ex A. His doctor is unable to perform the surgery until April 2024 and estimates that Mr. Cesena will need a month to heal afterwards. *Id.*

When he was in his early twenties, a piece of sheet metal punctured Mr. Cesena's right eye. Amram Decl. at 3. Emergency surgery was successful in saving his eye, however doctors warned that a cataract would form and limit his vision. *Id.* Mr. Cesena's vision has been impaired for nearly six months. *Id.* at 4. The impairment has made it difficult for him to read from both close and far distances. *Id.* It has also affected his depth perception, which has increased his risk of falling. *Id.* And, as vision in his right eye has deteriorated, he has experienced a host of symptoms associated with his left eye overcompensating, including headaches and migraines. *Id.* As a result, his doctor recommends that he undergo a further operation to correct his vision. *Id.* at Ex. A. Unfortunately, due to a backlog of patients, the earliest Mr. Cesena can do so is April 2024. *Id.*

Mr. Cesena has complied with the conditions of his pretrial release with no exceptions. He has shown contrition and acceptance of responsibility for his conduct. He has demonstrated that he is not a risk to the community. And there is no risk that he will interfere with further prosecution of this case as the trial group two has concluded. Accordingly, he requests that the Court allow him to postpone his surrender date until he is able to have surgery to repair his eye.

Dated: May 23, 2023            MORRISON & FOERSTER LLP

By:    */s/ Galia Z. Amram*
        GALIA Z. AMRAM

Attorneys for Defendant
DAMIEN DAVID CESENA