DAVID W. RIZK – CABN # 284376
RIZK & SHEARER LLP
466 Geary Street, Suite 201
San Francisco, CA 94102
Telephone: (415) 517-9044
Email: drizk@rs-llp.com

Counsel for Defendant CESENA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAMIEN CESENA,<br><br>Defendant. | Case No. 17-CR-00533 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER** |

The Court imposed a ban on alcoholic beverages as special condition no. 9 of supervised release when Mr. Cesena was sentenced. Mr. Cesena has one alcohol-related arrest from age 20, but otherwise there is no record to support the restriction. He has been completely sober since he surrendered to serve his sentence on September 12, 2023. He has been in compliance with his conditions of supervised release since his release from custody. Mr. Cesena wishes to be able to drink alcohol socially. The parties and U.S. Probation therefore agree special prohibition no. 9 should modified to read: "The defendant shall not drink alcohol to excess."

SO STIPULATED.

//

//

//

November 20, 2026
Date

RIZK & SHEARER LLP

/S

DAVID W. RIZK
Counsel for Mr. Mandell

November 20, 2026
Date

CRAIG MISSAKIAN
United States Attorney
Northern District of California

/S

KEVIN BARRY
Assistant United States Attorney

SO ORDERED.

Dated

HON. EDWARD M. CHEN
Senior United States District Judge